# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
01/03/2025
Clerk, U.S. District Court
Western District of Texas

By: ___*FMorales*___
Deputy

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: EP:25-M -00064(1) - MAT |
| | § |
| (1) JUAN LUIS GUERRERO-NAVARRETE | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 28, 2024** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title     **8**     United States Code, Section(s)   **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Juan Luis GUERRERO-Navarrete, an alien to the United States and a citizen of Mexico was found approximately 10.7 miles west of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ SAENZ, OFILIA
Signature of Complainant
Border Patrol Agent

January 03, 2025                                                                at    EL PASO, Texas
Date                                                                                       City and State


MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -00064(1)

WESTERN DISTRICT OF TEXAS

(1) JUAN LUIS GUERRERO-NAVARRETE

FACTS   (CONTINUED)

made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on May 30, 2024, through Laredo, Texas. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to MEXICO on May 30, 2024, through LAREDO, TX


CRIMINAL HISTORY:
07/13/2022, DALLAS, TEXAS, DRIVING WHILE INTOXICATED/FAIL TO IDENTIFY GIVING FALS/FICTITIOUS INFO(M), CNV, 3 DAY CONFINEMENT, $100 FINE.
07/14/2022, DALLAS, TEXAS, EVADING ARREST DETENTION(M), CNV, 120 DAYS CONFINEMENT, $25 FINE.